**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Colleen Egan-Bush aka Colleen Egan           CHAPTER 13
                        Debtor(s)

                                                    BKY. NO. 18-11820 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

    Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
01 Dec 2020, 16:15:56, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322