United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                     Case No. 18-11820-mdc

Colleen Egan-Bush                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2023 | Form ID: 138OBJ | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Colleen Egan-Bush, 552 Chester Avenue, Clifton Heights, PA 19018-2524 |
| 14748812 | + | Kingston Hill II Community Association, Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, Pa 18901-7100 |
| 14748807 | + | PNC BANK, NATIONAL ASSOCIATION, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14566053 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14075435 | + | PNC Bank, 300 Fifth Avenue, Pittsburgh, PA 15222-2401 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 17 2023 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 17 2023 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14096496 | | Email/PDF: bncnotices@becket-lee.com | Feb 17 2023 00:16:41 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14075426 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 17 2023 00:11:00 | Citadel Federal Cred U, Po Box 147, Thorndale, PA 19372-0147 |
| 14101464 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 17 2023 00:11:00 | Citadel Federal Credit Union, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14075427 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2023 00:16:51 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14075428 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 17 2023 00:11:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14075429 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 17 2023 00:11:00 | Comenitybank/New York, AttN: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14084218 | | Email/Text: mrdiscen@discover.com | Feb 17 2023 00:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14075430 | + | Email/Text: mrdiscen@discover.com | Feb 17 2023 00:11:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14077477 | | Email/Text: EBNBKNOT@ford.com | Feb 17 2023 00:11:00 | FORD MOTOR CREDIT COMPANY LLC, PO BOX 62180, COLORADO SPRINGS, CO 80962 |
| 14075431 | | Email/Text: EBNBKNOT@ford.com | Feb 17 2023 00:11:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2023 | Form ID: 138OBJ | Total Noticed: 31 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 80962 |
| 14075425 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 17 2023 00:16:50 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14075432 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 17 2023 00:11:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14075433 | + Email/Text: Documentfiling@lciinc.com | Feb 17 2023 00:11:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14106745 | + Email/Text: Documentfiling@lciinc.com | Feb 17 2023 00:11:00 | LendingClub Corporation, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 14080905 | Email/PDF: cbp@onemainfinancial.com | Feb 17 2023 00:16:51 | OneMain Financial, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14075434 | + Email/PDF: cbp@onemainfinancial.com | Feb 17 2023 00:16:45 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14112996 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 17 2023 00:11:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14075436 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 17 2023 00:11:00 | PNC Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14748433 | ^ MEBN | Feb 17 2023 00:06:10 | PNC Mortgage, A division of PNC Bank, National Ass, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14103178 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2023 00:16:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14075717 | + Email/PDF: rmscedi@recoverycorp.com | Feb 17 2023 00:16:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14100323 | Email/Text: bnc-quantum@quantum3group.com | Feb 17 2023 00:11:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14103856 | Email/Text: bnc-quantum@quantum3group.com | Feb 17 2023 00:11:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14075437 | ^ MEBN | Feb 17 2023 00:06:06 | Velocity Investments LLC, 1800 Route 34 North, Suite 404A, Belmar, NJ 07719-9147 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14105369 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2                          User: admin                          Page 3 of 3

Date Rcvd: Feb 16, 2023                       Form ID: 138OBJ                       Total Noticed: 31

Date: Feb 18, 2023                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| BRAD J. SADEK | on behalf of Debtor Colleen Egan-Bush brad@sadeklaw.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PNC Mortgage  a division of PNC Bank, National Association mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Colleen Egan–Bush

      Debtor(s)

Case No: 18–11820–mdc

Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/16/23

40 – 39
Form 138OBJ